# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WESLEY J. DELANEY,

        Petitioner,                    Case Number: 07-13441

v.                                          JUDGE PAUL D. BORMAN
                                            UNITED STATES DISTRICT COURT

JEFFREY WOODS,

        Respondent.
_____ /

## ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S MARCH 23, 2009 REPORT AND RECOMMENDATION; AND (2) DENYING PETITIONER'S PETITION FOR HABEAS CORPUS

Before the Court are Petitioner Wesley J. Delaney's April 6, 2009 Objections to the Magistrate Judge's March 23, 2009 Report and Recommendation on his petition for habeas corpus.

Pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1), this Court reviews *de novo* portions of a magistrate judge's report and recommendation on a dispositive motion to which a party has objected.

Having carefully considered the entire record, the Court is convinced that the Magistrate Judge is correct in his analysis of the facts and the law in this case.

Therefore, the Court:

    (1)     **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. No. 13);

    (2)     **DENIES** Petitioner's Habeas Corpus Petition (Doc. No. 1).

SO ORDERED.

        S/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: May 18, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 18, 2009.

        S/Denise Goodine
        Case Manager